## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.  2:08-CR-003(2)** |
| | : | |
| **vs.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **DEREK J. ABLES** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On January 30, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Derek Ables's guilty plea.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b).  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.  Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object.  Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one, two, and three of the information.

**IT IS SO ORDERED.**

                              **s/Algenon L. Marbley**
                              **ALGENON L. MARBLEY**
                     **UNITED STATES DISTRICT COURT**

**Dated: February 14, 2008**